DAVID F. KLEIN  5066
Attorney at Law
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dk@thedefense.com

Attorney for Defendant SCHANTEL HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00494-09 SOM |
| Plaintiff, ) | |
| ) | **WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER; CERTIFICATE OF SERVICE** |
| vs. ) | |
| SCHANTEL HALL, (09) ) | |
| Defendant. ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

ALVIN NISHIMURA, attorney for the Defendant, hereby withdraws as counsel of record and David F. Klein is hereby substituted as Counsel for the Defendant.

Dated: Honolulu, Hawaii  April 28, 2004

_____
Defendant

_____
Alvin Nishimura

_____
David F. Klein

APPROVED AND SO ORDERED:

**KEVIN S.C. CHANG**
_____
JUDGE OF THE ABOVE ENTITLED COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | **CR. NO. 03-00494-09 SOM** |
|---|---|---|
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| SCHANTEL HALL, (09) | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on today's date, a copy of the foregoing was duly mailed, postage prepaid, or personally delivered, to the following:

|  | **BY MAIL** | **DELIVERED** |
|---|---|---|
| Chris A. Thomas, Esq.<br>United States Attorney's Office<br>Room 6-100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA | | X |
| Myles S. Breiner, Esq.<br>345 Queen Street, 2nd Floor<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>BRANDON CHANG (01) | | X |
| David Bettencourt, Esq.<br>Dillingham Transportation Bldg.<br>735 Bishop Street, Suite 425<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>JACOB LYMAN (02) | | X |

|  | BY MAIL | DELIVERED |
|---|---|---|
| Pamela O'Leary Tower, Esq.<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 1330<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>SHANE TOM (03) |  | X |
| Michael J. Green, Esq.<br>345 Queen Street, Second Floor<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>KYLE UEMURA (04) |  | X |
| Daniel T. Pagliarini, Esq.<br>700 Richards Street, Apt. 2002<br>Honolulu, Hawaii 96813-4620<br>Attorney for Defendant<br>WILLIAM TOTTEN (05) |  | X |
| Hayden Aluli, Esq.<br>707 Alakea Street, Suite 208<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>JASEN ANTONIO (06) |  | X |
| Wayne M. Rooney, Esq.<br>P.O. Box 807<br>Haleiwa, Hawaii 96712-0807<br>Attorney for Defendant<br>DONALD E. RAMIL, JR. (07) | X |  |
| Michael P. Healy, Esq.<br>1188 Bishop Street, Suite 3304<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>DANIEL GAGNON (08) |  | X |
| Lynn E. Panagakos, Esq.<br>210 Ward Avenue, Suite 328<br>Honolulu, Hawaii 96814<br>Attorney for Defendant<br>JOHN JOSE (10) | X |  |

3

|  | BY MAIL | DELIVERED |
|---|---|---|
| Brandon K. Flores, Esq.<br>Law Office of Brandon K. Flores<br>Seven Waterfront Plaza<br>500 Ala Moana Blvd., Suite 400<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>JOSEPH REARDON (11) |  | X |
| Craig T. Kimsel, Esq.<br>888 Mililani Street, Suite 700<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>KEANU GALENG (12) |  | X |
| William A. Harrison, Esq.<br>Davies Pacific Center<br>841 Bishop Street, Suite 800<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>CLEMENT SANTIAGO (13) |  | X |
| Earle A. Partington, Esq.<br>Law Office of Earle A. Partington<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 1330<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>RAYLYNNE MATA (14) |  | X |
| Alvin Nishimura, Esq.<br>Finance Factors Center<br>1164 Bishop Street, Suite 510<br>Honolulu, Hawaii 96813 |  | X |

Dated: Honolulu, Hawaii April 28, 2004.

*David F. Klein* (signature)