EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00494-04 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING AND ORDER |
| vs. | ) | |
| | ) | |
| KYLE UEMURA,        (04) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION TO CONTINUE SENTENCING AND ORDER**

IT IS HEREBY STIPULATED AND AGREED between the parties, the United States of America by and through Assistant U.S. Attorney Chris A. Thomas, and the Defendant, Kyle Uemura, by and through his respective attorney, Michael J. Green, Esq., and the parties respectfully requests, that the Court approve a continuance of the sentencing date in this case that was set for

June 13, 2006, at 11:15 a.m. before the Honorable Susan Oki Mollway to July 27, 2006 at 2:15 p.m. before the Honorable Susan Oki Mollway.

        DATED:    June 21, 2006   , at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By /s/ Chris A. Thomas
                                 CHRIS A. THOMAS
                                 Assistant U.S. Attorney


                               /s/ Michael J. Green
                              MICHAEL J. GREEN
                              Attorney for Defendant
                                KYLE UEMURA

THE COURT SO FINDS,
APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, June 22, 2006.



                              _____
                              Susan Oki Mollway
                              United States District Judge


U.S. v. KYLE UEMURA
Cr. No. 03-00494-04 SOM
"Stipulation to Continue Sentencing and Order"