# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 03-00494SOM

CASE NAME:         USA vs. (04) Kyle Uemura

ATTYS FOR PLA:     Chris Thomas

ATTYS FOR DEFT:    04 Michael Jay Green

INTERPRETER:

| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
|---|---|---|---|
| DATE: | 7/27/2006 | TIME: | 2:15 - 2:30 |

COURT ACTION:  EP: Motion for Reduction of Sentence -

Defendant (04) Kyle Uemura not present, and his presence is waived for purposes of this hearing.

Arguments.

Motion for Reduction of Sentence - Granted.

ADJUDGED:

Imprisonment: 78 Months.

Supervised Release: 5 Years.

All conditions of supervised release to remain the same.

Court adds an additional condition of supervised release:

▸   That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Defendant advised of his right to appeal

Government to prepare the order.

Submitted by: Toni Fujinaga, Courtroom Manager.