EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00494-04 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| KYLE UEMURA,        (04) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the Order Granting the Government's Motion for Reduction of Sentence for Substantial Assistance Pursuant to F.R.Cr.P. 35(b)(1(A) was signed and filed on July 28, 2006 and was served on the following counsel on August 1, 2006:

Served by First Class mail:

Michael Green, Esq.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

    DATED: August 1, 2006, at Honolulu, Hawaii.


                          /s/ Janice Tsumoto

UNITED STATES v. KYLE UEMURA
Cr. No. 03-00494-04 SOM
"Certificate of Service"